# EXHIBIT G

GALLAGHER KANE AMAI & REYES
Attorneys at Law, A Law Corporation

J. PATRICK GALLAGHER 3417-0
KAMALOLO K. KOANUI-KONG 10753-0
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel. No. (808) 531-2023
pgallagher@insurlawhawaii.com
kkoanui-kong@insurlawhawaii.com

WILEY REIN LLP

KIMBERLY M. MELVIN
JOHN E. HOWELL
2050 M Street NW
Washington, DC 20036
Tel. No. (202) 719-7000
kmelvin@wiley.law
jhowell@wiley.law

Attorneys for Interpleader-Plaintiff
QBE SPECIALTY INSURANCE COMPANY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re: | Case No.: 17-01078 |
| | (Chapter 7) |
| HAWAII ISLAND AIR, INC., | |
| | ADVERSARY NO. 22-90006 |
| Debtor. | |
| | **INTERPLEADER-PLAINTIFF QBE SPECIALTY INSURANCE COMPANY'S REPLY IN** |
| QBE SPECIALTY INSURANCE COMPANY, | |
| | **<u>Hearing</u>** |
| Interpleader-Plaintiff, | **Date: September 9, 2022** |
| | **Time: 10:00 a.m.** |
| v. | **Judge: Honorable Robert J. Faris** |
| | *(Caption continued on next page)* |

| | | |
|---|---|---|
| ELIZABETH KANE, AS CHAPTER 7 TRUSTEE FOR HAWAII ISLAND AIR, INC., DAVID UCHIYAMA, CHRISTOPHER GOSSERT, PAUL MARINELLI, JEFFREY AU, CATHERINE YANNONE, PHILIP WEGESCHEIDE, PACAP AVIATION FINANCE, LLC, MALAMA INVESTMENTS, LLC, DAVID PFLIEGER, AND PARTIES UNKNOWN, | ) ) ) ) ) ) ) ) ) ) ) | **SUPPORT OF FIRST AMENDED MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS AND FOR DISCHARGE, INJUNCTION AND DISMISSAL WITH PREJUDICE; DECLARATION OF KIMBERLY M. MELVIN IN SUPPORT OF INTERPLEADER-PLAINTIFF QBE SPECIALTY INSURANCE** |
| Interpleader-Defendants. | ) ) ) ) ) ) ) ) ) ) | **COMPANY'S MOTION FOR INTERPLEADER FUNDS AND FOR DISCHARGE, INJUNCTION AND DISMISSAL WITH PREJUDICE; EXHIBITS 1 – 3; CERTIFICATION OF WORD LIMIT; CERTIFICATE OF SERVICE** |

and undermine the relief to which QBE is entitled. Accordingly, an injunction against such proceedings is appropriate and necessary.

## II.  ARGUMENT

### A.  The Conditions for Interpleader and Discharge of QBE are Met.

The history of this matter is unique. Three years ago, on August 12, 2019, the Debtor's Chapter 7 Trustee (the "Trustee") filed an Adversary Proceeding styled *Kane v. PaCap Aviation Finance, LLC*, Adv. Proc. No. 19-90027, in this Court against, *inter alia*, Jeffrey Au, Paul Marinelli, Catherine Yannone, and Christopher Gossert (the "Trustee Proceeding"). At that time, QBE accepted coverage for the Trustee Proceeding under the Policy and agreed to defend or to advance Defense Costs, subject to a reservation of rights. Declaration of Kimberly M. Melvin dated September 2, 2022 ("Melvin Reply Decl.") ¶ 4.

The Policy affords coverage for Defense Costs. Policy, Section X.E. However, two Interpleader-Defendants, Mr. Marinelli and Mr. Au, chose not to submit their defense costs to QBE for reimbursement as they were incurred. Declaration of Michael Chung in Support of QBE's Motion for Leave to Deposit Interpleader Funds, Dkt. No. 114 ("Chung Decl.") ¶ 5. Mr. Marinelli's counsel incurred $3,560,783.84 jointly on behalf of Mr. Marinelli and other defendants to the Trustee Proceeding who are not covered under the Policy. Chung Decl. ¶ 6. The invoices were issued by two national law firms, as well as Hawaii counsel.

3

Melvin Reply Decl. ¶ 5.  Mr. Marinelli did not provide copies of invoices for these costs until June 2022 (well after the interpleader was filed) and then acknowledged that they are not covered in their entirety but that "proper allocation of defense fees and costs between insured and uninsured clients" is necessary.   Melvin Reply Dec. ¶ 6 and Exhibit 1.    Mr. Marinelli did not provide supporting documentation for the invoices until July 1, 2022.  Melvin Reply Decl. ¶ 7.   These invoices were not paid by Mr. Marinelli himself but were paid pursuant to an indemnification agreement by Lawrence Investments LLC or an affiliated entity. Melvin Reply Decl. ¶ 8, Exhibit 2.

Meanwhile, Mr. Au and PaCap incurred $2,920,436.55 in costs, which Mr. Au did not submit until August 8, 2022.  Melvin Reply Decl. ¶ 8. Mr. Au and PaCap submitted additional invoices on September 2, 2022, bringing the total to $3,630,732.93, QBE has also received defense invoices on behalf of Mr. Wegescheide totaling $12,678.37 and Mr. Pflieger totaling $48,945. Chung Decl. ¶ 6.

The submitted defense amounts alone total more than $7.25 million, which well exceeds the $5,513,221.51 in remaining Proceeds.  Mr. Marinelli's assertion in response to this motion that "[n]o conflict has arisen among the insureds as to the

permanent injunction against any action in state or federal court against QBE concerning the Policy or the Proceeds of the Policy.

DATED:  Honolulu, Hawaii, September 2, 2022.


 /s/ *Kamalolo K. Koanui-Kong*
J. PATRICK GALLAGHER
KAMALOLO K. KOANUI-KONG
KIMBERLY M. MELVIN
JOHN E. HOWELL

Attorneys for Interpleader-Plaintiff
QBE SPECIALTY INSURANCE
COMPANY

16

GALLAGHER KANE AMAI & REYES
Attorneys at Law, A Law Corporation

J. PATRICK GALLAGHER 3417-0
KAMALOLO K. KOANUI-KONG 10753-0
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel. No. (808) 531-2023
pgallagher@insurlawhawaii.com
kkoanui-kong@insurlawhawaii.com

WILEY REIN LLP

KIMBERLY M. MELVIN
JOHN E. HOWELL
2050 M Street NW
Washington, DC 20036
Tel. No. (202) 719-7000
kmelvin@wiley.law
jhowell@wiley.law

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HAWAII ISLAND AIR, INC., | ) | Case No.: 17-01078 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| | ) | |
| —————————————————————— | ) | |
| | ) | |
| QBE SPECIALTY INSURANCE | ) | ADVERSARY NO. 22-90006 |
| COMPANY, | ) | |
| | ) | **DECLARATION OF** |
| Interpleader-Plaintiff, | ) | **KIMBERLY M. MELVIN IN** |
| | ) | **SUPPORT OF** |
| v. | ) | *(Caption Continued on Next Page)* |
| ELIZABETH KANE, AS CHAPTER 7 | ) | |

| | |
|---|---|
| TRUSTEE FOR HAWAII ISLAND AIR, INC., DAVID UCHIYAMA, CHRISTOPHER GOSSERT, PAUL MARINELLI, JEFFREY AU, CATHERINE YANNONE, PHILIP WEGESCHEIDE, DAVID PFLIEGER, PACAP AVIATION FINANCE, LLC, MALAMA INVESTMENTS, LLC, DAVID PFLIEGER AND PARTIES UNKNOWN, | ) ) ) ) ) ) ) ) ) ) ) ) | **INTERPLEADER-PLAINTIFF QBE SPECIALTY INSURANCE COMPANY'S MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS AND FOR DISCHARGE, INJUNCTION AND DISMISSAL WITH PREJUDICE** |

Interpleader-Defendants.

_____

I, Kimberly M. Melvin, am over twenty-one years of age.  I am fully competent to make this declaration.  This declaration is based upon my personal knowledge:

1.      I am an attorney at Wiley Rein LLP, counsel for Interpleader-Plaintiff QBE Specialty Insurance Company ("QBE") in this case.

2.      QBE issued Liability Policy No. QPLO192298 (the "Policy") to debtor Hawaii Island Air, Inc. ("Island Air") for the period from March 2, 2017 to March 2, 2018.

3.      An Adversary Proceeding styled *Kane v. PaCap Aviation Finance, LLC*, Adv. Proc. No. 19-90027, filed by the Trustee in this Court against, *inter alia*, Jeffrey Au, Paul Marinelli, Catherine Yannone, and Christopher Gossert (the "Trustee Proceeding") was tendered to QBE for coverage under the Policy.

2

4.     QBE accepted coverage under the Policy for the Trustee Proceeding and related third-party claims and cross-claims and agreed to defend or to advance Defense Costs as defined in the Policy for the individual Interpleader-Defendants: Jeffrey Au, Paul Marinelli, Catherine Yannone, Christopher Gossert, and David Uchiyama, subject to a reservation of rights.

5.     Counsel for Mr. Marinelli submitted invoices for reimbursement from the Policy from the law firms Morrison & Foerster LLP, Pillsbury Winthrop Shaw Pittman LLP, and Tsugawa Lau & Muzzi LLLC.

6.     Attached as Exhibit 1 is a true and correct copy of a June 7, 2022 email from Darryl Rains, counsel for Mr. Marinelli.

7.     On July 1, 2022, Morrison & Foerster LLP sent to Wiley Rein LLP, as counsel for QBE, copies of backup documentation for expenses as reflected in the invoices discussed in Mr. Rains's June 11, 2022 email.

8.     Attached as Exhibit 2 is a true and correct copy of an email dated July 15, 2022 from Tanya McGregor of Lawrence Investments LLC.

9.     On  August 8, 2022, counsel for Interpleader-Defendants Jeffrey Au and  PaCap  Aviation  Finance  LLC  ("PaCap")  submitted  invoices  totaling $2,920,436.55 for coverage under the Policy.  On September 2, 2022, counsel for

3

Mr. Au and PaCap submitted additional invoices, which along with the previously submitted invoices total $3,630,732.93.

      10.     Attached as Exhibit 3 is a true and correct copy of an email dated November 11, 2021 from Peter Ito, counsel for Mr. Au and PaCap.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge, information and belief.

Dated:  September 2, 2022.

                                                   Kimberly M. Melvin

4

# EXHIBIT 1

## Howell, John

| | |
|---|---|
| **From:** | Rains, Darryl P. <DRains@mofo.com> |
| **Sent:** | Tuesday, June 7, 2022 2:33 PM |
| **To:** | Howell, John |
| **Cc:** | Melvin, Kimberly; Christopher J. Muzzi (cmuzzi@hilaw.us); 'Rahman Connelly'; Bregman, Julie; Marsh, Shirley; Marinuzzi, Lorenzo; Rains, Darryl P. |
| **Subject:** | RE: Invoice for Services Rendered re Island Air/Carbonview (April 2022) |
| **Attachments:** | NEW_YORK-#2379116-v1-Billing_&_Payment_Ledger_76884_8_Carbonview_matter_august_2019 _to_march_2022.XLS |

**External Email**

John:

Thanks for your email.  We have just completed our work to revise our invoices to eliminate charges not properly allocated to the insured matter.  We have also collected the invoices issued by Chris Muzzi's and Rahman Connelly's firms.

The attached spreadsheet lists all of our (revised) charges and disbursements, and has tabs for the invoices issued by Messrs. Muzzi's and Connelly's firms.

My firm will send the underlying invoices to you by overnight service.

The next step is to schedule a conference call with you and Kim to discuss next steps.  The topics to be discussed will include:

- Whether you will commit to paying these invoices, and our current and future invoices, on an ongoing basis
- Whether we will need to file a declaratory judgment action, and assert claims for bad faith, in order to compel you to pay these invoices
- The proper allocation of defense fees and costs between insured and uninsured clients.

I will make myself available for such a call on Wednesday, Thursday, or Friday of this week.  Please suggest a few dates and times that would work for the two of you.

Thanks for your patience and professional courtesies.  I look forward to speaking with you.

Darryl


**Darryl P. Rains**
Senior Of Counsel
DRains@mofo.com
T +1 (650) 813- 5866
M +1 (650) 296-0988

Morrison Foerster
755 Page Mill Road

Palo Alto, CA 94304-1018

# MORRISON FOERSTER

mofo.com | LinkedIn | Twitter

---

**From:** Howell, John <JHowell@wiley.law>
**Sent:** Tuesday, June 7, 2022 8:36 AM
**To:** Rains, Darryl P. <DRains@mofo.com>
**Cc:** Melvin, Kimberly <KMelvin@wiley.law>
**Subject:** FW: Invoice for Services Rendered re Island Air/Carbonview (April 2022)

**External Email**

---

Darryl,

Can you let us know where things stand with the segregation of the earlier invoices?

Thanks,

John

 | John E. Howell
Attorney at Law
jhowell@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7047 • m:  617.372.2608
Download V-Card | wiley.law | Bio | Executive Summary Blog

Please update your records to reflect our new office address.

---

**From:** Marsh, Shirley <SMarsh@mofo.com>
**Sent:** Monday, June 6, 2022 3:58 PM
**To:** Legal Invoices <LegalInvoices@lawrenceinv.com>
**Cc:** professional.liability.claims@us.qbe.com; Melvin, Kimberly <KMelvin@wiley.law>; Marinuzzi, Lorenzo <LMarinuzzi@mofo.com>; Rains, Darryl PButterfield, Benjamin W. <BButterfield@mofo.com>; Bregman, Julie <JBregman@mofo.com>
**Subject:** Invoice for Services Rendered re Island Air/Carbonview (April 2022)

**External Email**

---

Good afternoon,

Attached please find our invoice, and back-up, for services rendered through April 30, 2022 respecting Island Air/Carbonview.

If you have any questions, or if we can be of any assistance, please do not hesitate to contact us.

Thank you and best regards,
Shirley

**Shirley Marsh**
Legal Secretary to Lorenzo Marinuzzi
smarsh@mofo.com
T +1 (212) 336-4203

# IIIORRISON
# FOERSTER

mofo.com | LinkedIn | Twitter

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

# EXHIBIT 2

## Howell, John

| | |
|---|---|
| **From:** | Tanya McGregor <TMcGregor@lawrenceinv.com> |
| **Sent:** | Friday, July 15, 2022 1:31 PM |
| **To:** | Audrey Marrache; Howell, John; Rains, Darryl P. |
| **Cc:** | Marinuzzi, Lorenzo |
| **Subject:** | Re: Hawaii Island Air  --  Reimbursement by QBE Insurance Policy |

**External Email**

---

I can confirm that Paul's legal expenses are being covered pursuant to an indemnification agreement.

**From:** Audrey Marrache <amarrache@lawrenceinv.com>
**Date:** Thursday, July 14, 2022 at 1:11 PM
**To:** 'Howell, John' <JHowell@wiley.law>, Rains, Darryl P. <DRains@mofo.com>
**Cc:** Marinuzzi, Lorenzo <LMarinuzzi@mofo.com>, Tanya McGregor <TMcGregor@lawrenceinv.com>
**Subject:** RE: Hawaii Island Air -- Reimbursement by QBE Insurance Policy

Hello John & Darryl,

Tanya asked me to respond to you. Below are the answers to your questions.

Reimbursement should be made to Carbonview Limited, LLC. The taxpayer ID number is 81-5449670. I have attached the wire instructions, which is password protected. The password will be sent to you via separate email.

We are also confirming that Paul Marinelli's defense costs have been paid pursuant to an indemnification obligation.

Please let us know if you need anything further.

Regards,

**Audrey Marrache**
Lawrence Investments, LLC
Email: amarrache@lawrenceinv.com | Phone: 925.274.7683

**From:** Rains, Darryl P. <DRains@mofo.com>
**Sent:** Friday, June 24, 2022 9:34 AM
**To:** Tanya McGregor <TMcGregor@lawrenceinv.com>; 'Howell, John' <JHowell@wiley.law>
**Cc:** Marinuzzi, Lorenzo <LMarinuzzi@mofo.com>
**Subject:** Hawaii Island Air -- Reimbursement by QBE Insurance Policy

Tanya:

John Howell, who is the lawyer at Wiley Rein representing QBE Insurance, asked for some information to facilitate reimbursing Paul Marinelli's covered defense costs.  I've copied John on this email so you can respond directly to him.

John needs confirmation that reimbursement should be made to Lawrence Investments, to your attention.  He will also need a taxpayer ID number and wire instructions.  Could you please provide those directly to John?

John also would like you to confirm that Paul Marinelli's defense costs have been paid by Lawrence Investments (or an affiliate) pursuant to an indemnification obligation.  Could you please confirm?

Thanks.

Darryl


**Darryl P. Rains**
Senior Of Counsel
DRains@mofo.com
T +1 (650) 813- 5866
M +1 (650) 296-0988

Morrison Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

**MORRISON FOERSTER**

mofo.com | LinkedIn | Twitter


======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

# EXHIBIT 3

**From:** peter@itolawgroup.com <peter@itolawgroup.com>
**Sent:** Thursday, November 11, 2021 10:39 AM
**To:** Melvin, Kimberly <KMelvin@wiley.law>
**Cc:** Michael Chung <Michael.Chung@us.qbe.com>
**Subject:** RE: Hawaii Island Air, Inc./Trustee Action (Claim No. 570784N)

External Email

Ms. Melvin,

This letter is written in response to your letter dated October 22, 2021 and your email of November 8, 2021.

My clients will not participate in any mediation until discovery has been completed and they have had at least 90 days from the completion of discovery to prepare for mediation.  The deadline to complete expert depositions is currently December 14, 2021.  My clients are willing to participate in mediation that is scheduled any time after March 14, 2022.

To the extent that the other parties elect to proceed with mediation prior to March 14, 2022, please be advised that Jeffrey K.D. Au ("Mr. Au"):

1.  Objects to any settlement that does not include a global release by Hawaii Island Air, Inc. (including all of its employees and former employees), Chapter 7 Trustee, Elizabeth A. Kane, the Air Line Pilots Association, International (including all past and current members who are former employees of Hawaii Island Air, Inc.), the Hawaii Teamsters and Allied Workers, Local 996 (including all past and current members who are former employees of Hawaii Island Air, Inc.), Ohana Airline Holdings, LLC; Carbonview Limited, LLC, Paul Marinelli, Lawrence J. Ellison, the Lawrence J. Ellison Trust, Catherine Yannone, Christopher Gossert, David Uchiyama and each of their respective agents, principals, directors, officers, employees, subsidiaries, parent corporations, managers, members, partners, shareholders, trustees, affiliates, attorneys, predecessors, assigns and successors (collectively, the "Releasors") in favor of Mr. Au, PaCap Aviation Finance, LLC, PaCap Management Holdings, LLC, PacifiCap Investment Management, LLC, Malama Investments, LLC, Snowbiz Ventures, LLC, PaCap Management Solutions, LLC, PaCap Advisors, LLC, PacifiCap Management, Inc., the Jack Chuck She Tsui Trust (a/k/a the Jack Cheuk She Tsui Revocable Living Trust), Jack C.S. Tsui and each of their respective agents, principals, directors, officers, employees, subsidiaries, parent corporations, managers, members, partners, shareholders, trustees, affiliates, attorneys, predecessors, assigns and successors (collectively, the "Releasees").  Releasors shall release Releasees from any and all claims, whether known or unknown, or foreseen or unforeseen arising from the beginning of time through the effective date of any settlement.
2.  Objects to any settlement that requires any of the Releasees to pay any consideration as part of any settlement;
3.  Objects to any settlement that does not reimburse Releasees for their attorneys' fees and costs; and

4. Objects to any settlement that Mr. Au has not consented to in writing.

Lastly, QBE has provided a defense, under a reservation of rights, to David Uchiyama.  As you know, we have filed a third-party complaint against Mr. Uchiyama, who was intentionally not named by the plaintiffs in their lawsuit despite the fact that Mr. Uchiyama was the President, Chief Executive Officer, Chairman of the Board of Directors, a Director and the individual ultimately responsible for the Debtor and its management and operations.  As a result, there is an actual conflict between Mr. Au and QBE as Mr. Au along with my other clients have sued Mr. Uchiyama, who is also covered under the same policy as Mr. Au.  With regard to this conflict, you made reference in your October 22 letter that you "would be happy to walk [me] through QBE's approach in these circumstances."  I welcome your email informing me how QBE intends on handling this conflict.

This correspondence is without prejudice to any of my clients' rights, powers, privileges, remedies and defense, now existing or hereafter arising, all of which are expressly reserved.

Sincerely,

Peter W. Ito
Ito Law Group, P.C.
1550 Larimer Street, Suite 667
Denver, Colorado 80202
Phone: 720.281.5294
Email: peter@itolawgroup.com
Linkedin:  http://www.linkedin.com/pub/peter-ito/11/66a/15b
Website:  www.itolawgroup.com

---

**From:** Melvin, Kimberly <KMelvin@wiley.law>
**Sent:** Monday, November 8, 2021 5:56 PM
**To:** peter@itolawgroup.com
**Cc:** Michael Chung <Michael.Chung@us.qbe.com>
**Subject:** RE: Hawaii Island Air, Inc./Trustee Action (Claim No. 570784N)

Mr. Ito,

We have received no response from you or Mr. Au following issuance of the attached October 22, 2021 correspondence.  As noted therein, the parties to the litigation other than those you represent are participating in a private mediation on November 15, 2021.  At the request of the other individual insureds, QBE Specialty Insurance Corporation ("QBE") will be participating in the mediation subject to the following conditions: (1) any settlement negotiated with the trustee will need to include a complete release of all individuals that fall within the definition of Insured Person under QBE Policy No. QPL0192298 (the "Policy"); and (2) any such settlement will be contingent on QBE obtaining the consent of the individual Insureds named as a party to the pending litigation.  If you have any questions about QBEs proposed course of action, we would ask you to raise them now, particularly since we have been seeking to discuss these issues with you for nearly two months. Otherwise, we will assume Mr. Au has no objection to QBE proceeding as outlined herein.

QBE continues to reserve all rights and defenses under the Policy and applicable law in connection with this matter, including all rights under VI.B.1 of the Policy as set forth in the attached correspondence.

If you have any questions, please contact me.

Regards,
Kim



Kimberly M. Melvin
Attorney at Law
kmelvin@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.7403 • m:  703.346.0849
Download V-Card | wiley.law | Bio | Executive Summary Blog

---

**From:** Melvin, Kimberly
**Sent:** Friday, October 22, 2021 11:57 AM
**To:** 'peter@itolawgroup.com' <peter@itolawgroup.com>
**Cc:** Michael Chung <Michael.Chung@us.qbe.com>
**Subject:** Hawaii Island Air, Inc./Trustee Action (Claim No. 570784N)

Please see the attached correspondence on behalf of QBE Specialty Insurance Company.  Thank you.



Kimberly M. Melvin
Attorney at Law
kmelvin@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.7403 • m:  703.346.0849
Download V-Card | wiley.law | Bio | Executive Summary Blog

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.com