IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| QBE SPECIALTY INSURANCE COMPANY, | ) ) ) | Civil No. 22-00450 SOM-KJM |
| Interpleader-Plaintiff, | ) ) ) | FINDINGS AND RECOMMENDATION TO DISMISS CLAIMS BY AND AGAINST INTERPLEADER-DEFENDANT CATHERINE YANNONE |
| vs. | ) ) ) | |
| DAVID UCHIYAMA, CHRISTOPHER GOSSERT, PAUL MARINELLI, JEFFERY AU, and CATHERINE YANNONE, | ) ) ) ) ) | |
| Interpleader-Defendants. | ) ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO DISMISS CLAIMS BY
AND AGAINST INTERPLEADER-DEFENDANT CATHERINE YANNONE

On June 29, 2023, counsel for Interpleader-Defendant Catherine Yannone ("Ms. Yannone"), David C. Farmer, Esq. ("Mr. Farmer"), filed and served on all parties a Suggestion of Death of Ms. Yannone. ECF No. 71. On July 16, 2023, Mr. Farmer filed a Motion to Withdraw ("Motion") as attorney for Ms. Yannone. ECF No. 73. The Motion included a declaration from Ms. Yannone's son, Chad A. Dudley, who stated that there is no intention to preserve any claims that Ms. Yannone might have had and that he will not seek to substitute counsel to represent her estate. ECF No. 73 at 6 ¶ 5.

1

On July 17, 2023, the Court granted the Motion. ECF No. 74. The Court also stated, that "in accordance with Federal Rule of Civil Procedure 25(a)(1), if a motion for substitution is not made by any party by 11/10/2023, the Court intends to file findings and recommendation to dismiss claims by and against Interpleader-Defendant Catherine Yannone." *Id.*

Federal Rule of Civil Procedure 25(a)(1) provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). In this case, there has been no substitution filed and the 90-day deadline has passed.

Accordingly, the Court FINDS and RECOMMENDS that any claims by and against Defendant-Interpleader Catherine Yannone be DISMISSED.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaiʻi, November 13, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

*QBE Specialty Ins. Co. v. Uchiyama, et al.*, Civil No. 22-00450 SOM-KJM; Findings and Recommendation to Dismiss Claims By and Against Interpleader-Defendant Catherine Yannone