IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY,<br><br>　　Interpleader-Plaintiff,<br><br>vs.<br><br>DAVID UCHIYAMA, CHRISTOPHER GOSSERT, PAUL MARINELLI, JEFFERY AU, and CATHERINE YANNONE,<br><br>　　Interpleader-Defendants. | CV 22-00450 SOM-KJM<br><br>ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS CLAIMS BY AND AGAINST INTERPLEADER-DEFENDANT CATHERINE YANNONE |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS TO DISMISS CLAIMS BY AND AGAINST INTERPLEADER-DEFENDANT CATHERINE YANNONE

　　Findings and Recommendation having been filed and served on all parties on November 13, 2023, and no objections having been filed by any party,

　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

　　IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge